1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   KATHLEEN A. SERVATIUS
3  MELANIE L. ALSWORTH
   Assistant United States Attorneys
4  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
5  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
6
7  Attorneys for Plaintiff
   United States of America

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  1:11-CR-00354-LJO

12                      Plaintiff,      PRELIMINARY ORDER OF FORFEITURE

13              v.

14  SHAWN MICHAEL CAMERON,
       aka, "BUBBLES,"
15     aka, "Tanner
                        Defendant.
16

17
        Based upon the plea agreement entered into between plaintiff United States of
18
   America and defendant Shawn Michael Cameron it is hereby
19
        ORDERED, ADJUDGED AND DECREED as follows:
20
        1.  Pursuant to 21 U.S.C. § 853, defendant Shawn Michael Cameron's interest
21
   in the following property shall be condemned and forfeited to the United States of
22
   America, to be disposed of according to law:
23
              a)     Approximately $1,140.00 in U.S. Currency, and
24
              b)     2005 GMC Sierra C1550, California License Plate Number
25                   7S49399, VIN: 2GTEC13TX51137807

26        2.  The above-listed property constitutes property derived from, proceeds

27  obtained directly or indirectly, or were used, or intended to  be used, in any manner or

28  part, to commit, or to facilitated the commission of a violation of 21 U.S.C. § 841(a)(1).

1    3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be

2  authorized to seize the above-listed property. The aforementioned property shall be seized

3  and held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, in its secure custody

4  and control.

5    4.    a.  Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United

6  States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the

7  Attorney General's (or a designee's) intent to dispose of the property in such manner as

8  the Attorney General may direct shall be posted for at least 30 consecutive days on the

9  official internet government forfeiture site www.forfeiture.gov.  The United States may

10  also, to the extent practicable, provide direct written notice to any person known to have

11  alleged an interest in the property that is the subject of the order of forfeiture as a

12  substitute for published notice as to those persons so notified.

13    b.  This notice shall state that any person, other than the defendant,

14  asserting a legal interest in the above-listed property, must file a petition with the Court

15  within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on

16  the official government forfeiture site, or within thirty (30) days from receipt of direct

17  written notice, whichever is earlier.

18    5.  If a petition is timely filed, upon adjudication of all third-party interests, if

19  any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 in which

20  all interests will be addressed.

21

22  IT IS SO ORDERED.

23  Dated:   **March 28, 2014**          ____**/s/ Lawrence J. O'Neill**

24                     UNITED STATES DISTRICT JUDGE

25

26

27

28