IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
SHAWN M. CAMERON,
Defendant.

Case №: 1:11-CR-00354-25-JLT

**O R D E R**
**APPOINTING COUNSEL**

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him on Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that David Porter be appointed to represent the above defendant in this case effective *nunc pro tunc* to June 26, 2026, substituting the Federal Defenders Office appointed per G.O. 595.

IT IS SO ORDERED.

DATED: 7/16/2026

HON. JENNIFER L. THURSTON
United States District Judge